JDM

FILED
2007 OCT 18 AM 9:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jorge CISNEROS-Cuevas (AKA: George CISNEROS)** Defendant. | Magistrate Case No. '07 MJ 2485<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **October 16, 2007**, within the Southern District of California, defendant, **Jorge CISNEROS-Cuevas (AKA: George CISNEROS),** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

D. Wooddy

Deven A. Wooddy, U.S. Immigration & Customs Enforcement; Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **October 2007.**

W McCurine Jr.

UNITED STATES MAGISTRATE JUDGE

JM

**CONTINUATION OF COMPLAINT:**
**NAME: Jorge CISNEROS-Cuevas**
**(AKA: George CISNEROS)**

**PROBABLE CAUSE STATEMENT**

As part of assigned duties of the Detention and Removal Office, Immigration Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On October 16, 2007, the defendant identified as, Jorge CISNEROS-Cuevas (AKA: George CISNEROS), was arrested by the San Diego Sheriffs Office in San Diego, California for violation of Section 114 of the California Penal Code, "USE FALSE CITIZEN/ETC DOC" and booked into San Diego Jail. An Immigration Agent conducted a field interview, determined the defendant to be a citizen of Mexico and placed an I-247 (Immigration Hold) pending his release from custody. On October 17, 2007, at approximately 8:00 am the defendant was referred to United States Immigration and Customs Enforcement custody pending further investigation. Immigration Agent Deven A. Woody conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least four occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States, by an Immigration Judge, on or about January 11, 2006, and removed to Mexico via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jorge CISNEROS-Cuevas (AKA: George CISNEROS), a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously removed and has not legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Jorge CISNEROS-Cuevas (AKA: George CISNEROS) has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.

D. Woody

Deven A. Woody, U.S. Immigration & Customs
Enforcement; Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **October 2007.**

UNITED STATES MAGISTRATE JUDGE