20

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JORGE CISNEROS-CUEVAS,
AKA: George Cisneros

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3120-BEN

I, JORGE CISNEROS-CUEVAS, AKA: George Cisneros, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/15/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

George Cisneros
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER